**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   June 25, 2013 |
| E.C.R./Reporter:   Mary George | |

Civil Action No: **13-cv-01511-WYD-BNB**         Counsel:

**PORT-A-POUR, INC.**,                                             Daniel J. Culhane

        Plaintiff,

v.

**PEAK INNOVATIONS, INC., and**                    Alan F. Blakley
**MARK E. NELSON**,                                         John D. Root

        Defendants.

## COURTROOM MINUTES

**MOTIONS HEARING**

**10:05 a.m.**    Court in Session

               APPEARANCES OF COUNSEL.

               Court's opening remarks.

               Plaintiffs' Motion for Temporary Restraining Order And/or Preliminary Injunction and Certificate of Compliance with D.C.COLO.LCivR 7.1 [ECF Doc. No. 7], filed June 18, 2013, is raised for argument.

10:06 a.m.    Argument by Defendants (Mr. Blakley).

10:10 a.m.    Argument by Plaintiff (Mr. Culhane).

10:15 a.m.    Argument by Defendants (Mr. Blakley).

| | |
|---|---|
| 10:17 a.m. | Argument by Plaintiff (Mr. Culhane). |
| 10:22 a.m. | Argument by Defendants (Mr. Blakley). |
| 10:25 a.m. | Argument by Plaintiff (Mr. Culhane). |
| 10:28 a.m. | Argument by Defendants (Mr. Blakley). |
| 10:32 a.m. | Plaintiff's witness **Neil Oberg** sworn. |
| | Direct examination by Plaintiff (Mr. Culhane).<br>***EX ID:     Court Exhibit 1*** |
| 10:59 a.m. | Cross examination by Defendant (Mr. Root).<br>***EX ID:     Court Exhibit 1, 11, 12, 8, 14*** |
| 11:37 a.m. | Re-Direct examination by Plaintiff (Mr. Culhane).<br>***EX ID:     11, 12*** |
| 11:50 a.m. | Plaintiff's witness **Jerry Doherty** sworn. |
| | Direct examination by Plaintiff (Mr. Culhane). |
| **12:12 p.m.** | Court in Recess |
| **12:29 p.m.** | Court in Session |
| 12:29 p.m. | Statement by Defendants regarding plan for discovery (Mr. Blakley). |
| 12:34 p.m. | Off the record. |
| | Bench conference off the record. |
| 12:35 p.m. | Back on the record. |
| 12:35 p.m. | Discussion regarding discovery on the request for preliminary injunction. |
| **ORDERED:** | Defendants' shall file Answer or other responsive pleading not later than **Monday, August 19, 2013.** |
| **ORDERED:** | Written discovery, in the form of 10 interrogatories and 10 requests for production, shall be **simultaneously served not later than Friday, August 23, 2013.** |

**ORDERED:**   Each side will be permitted to designate two individuals for depositions and one Rule 30(b)(6) deponent.

**ORDERED:**   All of the discovery is limited to information about existing products.

**ORDERED:**   A status conference before Magistrate Judge Boyd N. Boland is set for **Tuesday, July 16, 2013, at 11:00 a.m., in Courtroom A-401.**

**ORDERED:**   Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction [ECF Doc. No. 7], filed June 18, 2013, is **DENIED WITHOUT PREJUDICE.**

12:40 p.m.   Discussion regarding schedule for filing an amended motion for preliminary injunction and briefing.

**ORDERED:**   Plaintiff shall file either an Amended Motion for Preliminary Injunction or status report, indicating that Plaintiff does not intend to pursue injunctive relief, not later than **Friday, October 25, 2013.**

**ORDERED:**   Defendants shall file a response to Plaintiff's Amended Motion for Preliminary Injunction not later than **Friday, November 8, 2013.**

**12:45 p.m.**   Court in Recess - HEARING CONCLUDED.

**CLERK'S NOTE:**   **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:   2:23**