**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

Courtroom Deputy:   Robert R. Keech           Date:   January 14, 2014
E.C.R./Reporters:   Mary George a.m.
                    and Tammy Hoffschildt p.m.

Civil Action No: **13-cv-01511-WYD-BNB**           Counsel:

**PORT-A-POUR, INC.**,                             Daniel J. Culhane

       Plaintiff,

v.

**PEAK INNOVATIONS, INC., and**                    Alan F. Blakley
**MARK E. NELSON**,                                John D. Root

       Defendants.

### COURTROOM MINUTES

**MOTIONS HEARING (DAY 3) - continued from January 13, 2014**

**10:05 a.m.**   Court in Session

10:06 a.m.   Defendants' witness **Mark Edward Nelson** resumes.

10:06 a.m.   Direct examination by Defendants continues (Mr. Blakley).
             *EX ID:*        *36*

10:12 a.m.   Statement by Plaintiff regarding Defendants' use of Auto CAD files only for purposes of the litigation and not used for any other purposes (Mr. Culhane).

**ORDERED:**  Plaintiff's disk of all of the Auto CAD drawings of Port-a-Pour's products shall only be used by Defendants for purposes of the litigation and shall not be used for any other purposes.

10:13 a.m.   Cross examination by Plaintiff (Mr. Culhane).

| | |
|---|---|
| 10:16 a.m. | Court's examination of witness. |
| 10:21 a.m. | Cross examination by Plaintiff continues (Mr. Culhane).<br>***EX ID:***   ***34, D-31, 11, 34*** |
| 10:58 a.m. | Re-Direct examination by Defendants (Mr. Blakley). |
| 11:14 a.m. | Court's examination of witness. |
| 11:22 a.m. | Re-Direct examination by Defendants continues (Mr. Blakley). |
| 11:23 a.m. | Court's examination of witness.<br>***EX ID:***   ***36*** |
| 11:41 a.m. | Defendants rest. |
| **11:42 a.m.** | Court in Recess |
| **1:47 p.m.** | Court in Session<br><br>Tammy Hoffschildt begins as Court Reporter. |
| 1:47 p.m. | Argument by Plaintiff (Mr. Culhane). |
| 2:24 p.m. | Argument by Defendants (Mr. Blakley). |
| 2:38 p.m. | Discussion regarding counsel ordering transcripts and the submission of proposed findings of fact and conclusions of law. |
| **ORDERED:** | Plaintiffs' Motion for Preliminary Injunction [ECF Doc. No. 35], filed October 25, 2013, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Counsel shall file a status report, indicating when the transcripts for this hearing will be provided to counsel, in not later than **seven (7) days of today's date.** |
| **ORDERED:** | Parties shall file their proposed findings of fact and conclusions of law not later than **ten (10) days after receipt of the transcripts.** |
| **2:50 p.m.** | Court in Recess - HEARING CONCLUDED. |

**CLERK'S NOTE:**   **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  2:40**