IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01511-WYD-BNB | Date: | February 13, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| PORT-A-POUR, INC. | *Daniel James Culhane* |
| **Plaintiff(s)** | |
| v. | |
| PEAK INNOVATIONS, INC. | *Alan F. Blakley* |
| MARK E. NELSON | *John David Root* |
| **Defendant(s)** | |
| v. | |
| JEROME DOHERTY | *Daniel James Culhane* |
| NEIL G. OBERT | |
| **Counter Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  10:04 a.m.

Appearance of counsel.

Argument presented on [62] Motion to Compel filed on January 17, 2014 by Jerome Doherty.

For the reasons stated on the record, it is

**ORDERED: [62] Counter Defendants Motion to Compel is GRANTED. Discovery responses shall be provided on or before February 28, 2014.** The request for attorney's fees and costs from both parties is DENIED.

Court in Recess:  10:32 a.m.   Hearing concluded.   Total time in Court: 00:28

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.