IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01511-WYD-BNB

PORT-A-POUR, INC., a Colorado corporation,

Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation and
MARK E. NELSON, an individual,

Defendants and Counter Claim Plaintiffs,

and

PORT-A-POUR, INC., a Colorado corporation,
JEROME J. DOHERTY, and
NEIL G. OBERG, individuals,

Counter Claim Defendants.

_____

## ORDER

_____

This matter arises on the **Motion to Compel of Counter-Claim Defendant Jerome J. Doherty** [Doc. # 62, filed 1/17/2014] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel [Doc. # 62] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require Peak and Mr. Nelson to provide complete responses to the interrogatories and produce all responsive documents, in compliance with the formalities of the Federal Rules of Civil Procedure, on or before **February 28, 2014**; and

• DENIED insofar as it seeks the award of expenses incurred in bringing the Motion to

Compel.

Dated February 13, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge