IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-01511-WYD-BNB | Date: | April 16, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| PORT-A-POUR, INC. | *Daniel James Culhane* |
| **Plaintiff(s)** | |
| v. | |
| PEAK INNOVATIONS, INC. | *John David Root* |
| MARK E. NELSON | |
| **Defendant(s)** | |
| v. | |
| JEROME DOHERTY | *Daniel James Culhane* |
| NEIL G. OBERT | |
| **Counter Defendant(s)** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 8:53 a.m.

Appearance of counsel.

Argument presented on [74] Second Motion to Compel of Counter-Claim Defendant Jerome J. Doherty and for Rule 37(b) Sanctions for Violation of Court Order filed on March 11, 2014, and on [77] Motion for Blanket Protective Order filed on March 14, 2014.

For the reasons stated on the record, it is

**ORDERED:** **[74] Second Motion to Compel of Counter-Claim Defendant Jerome J. Doherty and for Rule 37(b) Sanctions for Violation of Court Order is GRANTED.**

**ORDERED:** **[77] Counter Defendants Motion to Compel is GRANTED. Defendant to provide supplemental information on or before April 23, 2014.**

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.

Argument presented on [80] Motion to Quash Deposition of Drew Nelson filed on March 17, 2014.

For the reasons stated on the record, it is

**ORDERED: [80] Motion to Quash Deposition of Drew Nelson is GRANTED. Parties shall submit a motion to set a schedule for all remaining discovery on or before 5:00 p.m., April 17, 2014.**

Court in Recess: 10:19 a.m.   Hearing concluded.   Total time in Court: 01:26

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.