IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01511-WYD-BNB

PORT-A-POUR, INC., a Colorado corporation,

Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation and
MARK E. NELSON, an individual,

Defendants and Counter Claim Plaintiffs,

and

PORT-A-POUR, INC., a Colorado corporation,
JEROME J. DOHERTY, and
NEIL G. OBERG, individuals,

Counter Claim Defendants.

_____

**ORDER**
_____

I previously required the parties to submit a proposed schedule for all remaining depositions to be taken in this action, including the date, time, and location of the deposition. I instructed the parties that I will make the proposed schedule an order of the court which may be altered only on further order. Where they could not agree, I instructed that I would order, in my discretion, the date, time, and place of the deposition. Finally, I ruled that no deposition may be taken other than as specified by court order. See Order [Doc. # 89] at pp. 7-8. The parties have submitted their proposed schedule [Doc. # 91].

IT IS ORDERED that the case schedule is modified to the following extent:

(1)     The discovery cut-off is extended to and including May 20, 2014, solely to allow

the completion of depositions;

(2) The remaining depositions which may be taken in this action are limited to the following, which may be taken only on the dates, times, and places specified:

(i) Peak Innovations, Inc., by Rule 30(b)(6); on April 24, 2014, commencing at 8:30 a.m.; at Agren Blando, 216 16th Street, Denver, Colorado;

(ii) Drew Nelson; on May 20, 2014, commencing at 8:30 a.m.; at 131 Lincoln Avenue, Suite 100, Fort Collins, Colorado;

(iii) Gerald Huffman; on April 22, 2014, commencing at 9:00 a.m.; at 200 Michigan Street, Suite 707, Hancock, Michigan;

(iv) Neil Oberg; on April 29, 2014, commencing at 8:30 a.m.; at 131 East Lincoln Avenue, Suite 100, Fort Collins, Colorado;

(v) Jerome Doherty and Port-a-Pour, Inc., by Rule 30(b)(6); on April 30, 2014, commencing at 8:30 a.m.; at 131 East Lincoln Avenue, Suite 100, Fort Collins, Colorado; and

(vi) Lincoln Frazier and A. Lindberg and Sons, Inc./Fraco, Inc. (ALS/Fraco), by Rule 30(b)(6); on May 13, 2014, commencing at 9:00 a.m.; at a location selected by the defendants within 15 miles of Seal Beach, California;

(3) All other deadlines and events remain unchanged, including the final pretrial conference which will occur on August 5, 2014, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(4) This order and the case schedule may be modified only on further order of the court.

Dated April 21, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge