IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01511-WYD-BNB

PORT-A-POUR, INC., a Colorado corporation,

Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation and
MARK E. NELSON, an individual,

Defendants and Counter Claim Plaintiffs,

and

PORT-A-POUR, INC., a Colorado corporation,
JEROME J. DOHERTY, and
NEIL G. OBERG, individuals,

Counter Claim Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    The Motion to Clarify [Doc. # 95, filed 5/2/2014] is GRANTED; and

    (2)    The Order [Doc. # 92] establishing the deposition schedule is modified to the following extent:

    ¶(2)(i) is modified to provide that the deposition of Peak Innovations, Inc., by Rule 30(b)(6) shall occur on May 15, 2014, commencing at 8:30 a.m., at Agren Blando, 216 16th Street, Denver, Colorado.

DATED: May 2, 2014