IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01511-WYD-BNB

PORT-A-POUR, INC., a Colorado corporation,

    Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation, and
MARK E. NELSON, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Restrict Access Pursuant to D.C.COLO.LCivR 7.2 filed May 22, 2014 (ECF No. 104) is **GRANTED**.  Document Nos. 102 and 103, including all exhibits and attachments thereto, are restricted at Level 1.

    Dated:  May 29, 2014.