IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01511-WYD-BNB

PORT-A-POUR, INC., a Colorado corporation,

      Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation, and
MARK E. NELSON, an individual

      Defendants and Counter Claim Plaintiffs

v.

PORT-A-POUR, INC. a Colorado corporation;
JEROME J. DOHERTY; and
NEIL G. OBERG, individuals,

      Counter Claim Defendants.

## ORDER

In accordance with my rulings at the hearing on May 28, 2014, it is

ORDERED that Plaintiff's Renewed Motion for Temporary Restraining Order and Preliminary Injunction filed May 22, 2014 (ECF No. 101) is **STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1(a).  In light of this ruling, it is

ORDERED that Defendants' Emergency Motion for Leave to Subpoena and to Disqualify Daniel J. Culhane (ECF No. 109) is **DENIED AS MOOT**.  It is

FURTHER ORDERED that the parties' request to amend the dispositive motion deadline set in the Scheduling Order (ECF No. 41) is **GRANTED**, and the May 30, 2014

deadline for dispositive motions is **VACATED**.  Dispositive motions shall be filed within **forty-five (45)** days after the Court issues its Findings of Fact and Conclusions of Law regarding Plaintiff's Motion for Preliminary Injunction filed October 25, 2013 (ECF No. 35).  Finally, it is

ORDERED that Plaintiff's Motion for Leave to File Summary Judgment Motion in Excess of Page Limitations filed May 22, 2014 (ECF No. 100) is **DENIED WITHOUT PREJUDICE**.

Dated:  May 29, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge