

A 1949718

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

May 20, 2014

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON MAY 12, 2004.

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. TARVER
Certifying Officer

MAY-12-2004 WED 10:15 AM          FAX NO.          P. 02

| Form PTO-1595<br>(Rev. 03/01)<br>OMB No. 0651-0027 (exp. 5/31/2002) | RECORDATION FORM COVER SHEET<br>**PATENTS ONLY** | U.S. DEPARTMENT OF COMMERCE<br>Patent and Trademark Office |
|---|---|---|

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies):<br><br>Neil G. Oberg and Jerome J. Doherty<br><br>Additional name(s) of conveying party(ies) attached? [ ] Yes [X]No | 2. Name and address of receiving party(ies)<br><br>Name: Port-A-Pour, Inc.<br>Internal Address: 543 2nd Street<br>                        Berthoud, CO 80513 |
|---|---|
| 3. Nature of conveyance:<br><br>[X] Assignment       [ ] Merger<br>[ ] Security Agreement   [ ] Change of Name<br>[ ] Other_____<br><br>Execution Date: April 30, 2004 | Street Address: 543 2nd Street<br><br>City: Berthoud    State: CO    ZIP: 80513<br><br>Additional name(s) & address(es) attached? [ ] Yes [X] No |

4. Application number(s) or patent number(s): 10/738,845

If this document is being filed together with a new application, the execution date of the application is:_____

| A. Patent Application No.(s): 10/738,845<br>    Title: Portable Concrete Plant Dispensing System<br>    Filed: December 17, 2003 | B. Patent No.(s) |
|---|---|

Additional numbers attached? [ ] Yes [X] No

| 5. Name and address of party to whom correspondence concerning document should be mailed<br><br>Name: William W. Cochran<br>Internal Address: Cochran Freund & Young LLC<br>3555 Stanford Road, Suite 230<br>Fort Collins, CO 80525<br><br>Street Address: 3555 Stanford Road, Suite 230<br><br>City: Fort Collins   State: CO    ZIP: 80525 | 6. Total number of applications and patents involved: [ 1 ]<br><br>7. Total fee (37 CFR 3.41).................$40.00<br>    [ ] Enclosed<br>    [X] Authorized to be charged to deposit account<br><br>8. Deposit account number:<br>    50-1491<br><br>(Attach duplicate copy of this page if paying by deposit account) |
|---|---|

**DO NOT USE THIS SPACE**

9. Statement and signature.
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document

| William W. Cochran #26,652 | _[signature]_ | May 12, 2004 |
|---|---|---|
| Name of Person Signing | Signature | Date |

Total number of pages including cover sheet, attachments and document: [ 3 ]

Mail documents to be recorded with required cover sheet information to:
Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450

HH:732226 v1

700084136

**PATENT**
REEL: 014622 FRAME: 0544

When recorded please return to:
The Law Offices of William W. Cochran, LLC
3555 Stanford Road, Suite 230
Fort Collins, CO 80525

PATENT APPLICATION
DOCKET NO.: PORT.01USU1

## ASSIGNMENT OF PATENT APPLICATION

I/We, the undersigned (each) have agreed and hereby agree to assign to **Port-A-Pour, Inc.** (hereinafter Assignee), for good and valuable consideration, receipt of which is hereby acknowledged, and do hereby sell, assign and transfer to Assignee, its successors and assigns, the entire right, title and interest, including the right of priority, in, to and under an application for Letters Patent of the United States entitled:

**Portable Concrete Plant Dispensing System**
Filing date: 12/17/2003   Serial No.: 10/738,845
and the invention(s) and improvement(s) set forth therein, and any and all continuations, continuations-in-part (C-I-P's), divisionals, and renewals of and substitutes for said application for said Letter Patent, and any and all Letters Patent of the United States and of countries foreign thereto which may be granted thereon or therefor; and any reissues, or reexaminations, or extensions of said Letters Patent.

I/We additionally authorize Assignee to file applications in my/our name for Letters Patent in any country, to be held and enjoyed by Assignee, its successors, assigns, nominees or legal representatives, to the full end of the term or terms for which said Letters Patent respectively may be granted, reissued or extended, as fully and entirely as the same would have been held and enjoyed by me/us had this assignment, sale and transfer not been made;

AND I/we hereby covenant that I/we have full right to convey the entire interest herein assigned, and that I/we have not executed and will not execute any agreement in conflict herewith, and I/we further covenant and agree that I/we will, each time a request is made, and without undue delay, execute and deliver all such papers as may be necessary or desirable to perfect the title to said invention(s) or improvement(s), said application and said Letters Patent, to Assignee, its successors, assigns, nominees or legal representatives, and I/we agree to communicate to Assignee or to its nominee, all known facts respecting said invention(s) or improvement(s), said application and said Letters Patent, to testify in any legal proceedings, to sign all lawful papers, to execute all disclaimers and divisionals, continuations, C-I-P's, reissue and foreign applications, to make all rightful oaths and declarations, and generally to do everything possible to aid Assignee, its successors, assigns, nominees and legal representatives to obtain and enforce, for its or their own benefit, proper patent protection for said invention(s) or improvement(s) in any and all countries provided the expenses which may be incurred by me/us in lending such cooperation and assistance are paid by Assignee.

AND I/we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States whose duty it is to issue patents on applications as aforesaid, to issue to Assignee, as assignee of the entire right, title and interest, any and all Letters Patent for said invention(s) or improvement(s), including any and all Letters Patent of the United States which may be issued and granted on or as a result of the application aforesaid, in accordance with the terms of this assignment.

I/we further authorize and direct Assignee's attorneys to insert the serial number and filing date of said application now identified by the attorney docket number and title set forth above as soon as the same shall have been made known to them by the United States Patent and Trademark Office.

IN WITNESS WHEREOF, I/we hereunto set my/our hand(s) and seal(s):

_Neil G. Oberg_ (signature)                          Date Assignment Signed: __April 30, 2004__
Inventor's Signature (Seal)

Inventor's Typed Name: **Neil G. Oberg**

State of Colorado      )
                       ) ss.:
County of Larimer      )

Before me this 30th day of __April_____, 2004, personally appeared **Neil G. Oberg** who is personally known or proved to me on the basis of satisfactory evidence to be the person who acknowledged the foregoing instrument of assignment to be his/her free act and deed.

_Kathleen A. Knapp_ (signature)
Notary Public
My commission expires: __12/14/04__

(Rev. 4/1/96)  HH:732192 v1

PATENT
REEL: 014622 FRAME: 0545
Page 1 of 2

MAY-12-2004 WED 10:15 AM                    FAX NO.                          P. 04

When recorded please return to:                              PATENT APPLICATION
The Law Offices of William W. Cochran, LLC                   DOCKET NO.: PORT.01USU1
3555 Stanford Road, Suite 230
Fort Collins, CO 80525

## ASSIGNMENT OF PATENT APPLICATION (cont.)

IN WITNESS WHEREOF, I/we hereunto set my/our hand(s) and seal(s):

_Jerome J. Doherty_                  Date Assignment Signed: _4/30/04_
Inventor's Signature (Seal)

Inventor's Typed Name: **Jerome J. Doherty**

State of Colorado         )
County of Larimer         ) ss.:
                          )

Before me this 30th day of _April_____, 2004, personally appeared **Jerome J. Doherty** who is personally known or proved to me on the basis of satisfactory evidence to be the person who acknowledged the foregoing instrument of assignment to be his/her free act and deed.

_Kathleen A. Knapp_
Notary Public
My commission expires: _12/14/04_