IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01511-WYD-BNB

PORT-A-POUR, INC., a Colorado corporation,

    Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation, and
MARK E. NELSON, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion for Magistrate Judge Conducted Settlement Conference filed July 14, 2014 (ECF No. 128) is **GRANTED**.  Magistrate Judge Boland is authorized to conduct a settlement conference in this case.

    Dated:  July 28, 2014