IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01511-WYD-BNB

PORT-A-POUR, INC., a Colorado corporation,

    Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation, and
MARK E. NELSON, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of the filing of Defendants' *Corrected* Motion for Partial Summary Judgment (ECF No. 144), Defendant's Motion for Partial Summary Judgment (ECF No. 141) is **DENIED AS MOOT**.

    Dated:  August 5, 2014