**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:  February 26, 2015 |
| E.C.R./Reporter:  Tammy Hoffschildt | |

Civil Action No: **13-cv-01511-WYD-NYW**     Counsel:

**PORT-A-POUR, INC., a Colorado corporation**,     Daniel J. Culhane

      Plaintiff,

v.

**PEAK INNOVATIONS, INC., a Colorado corporation, and
MARK E. NELSON, an individual**,     Alan F. Blakley
      John D. Root

      Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**2:34 p.m.**   Court in Session

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

2:38 p.m.   Statement by Plaintiff regarding patent and readiness for trial (Mr. Culhane).

2:47 p.m.   Statement by Defendants regarding patent and readiness for trial (Mr. Blakley).

3:07 p.m.   Statement by Plaintiff regarding patent and readiness for trial (Mr. Culhane).

| | |
|---|---|
| **ORDERED:** | Plaintiff shall file a status report, regarding whether Plaintiff will be voluntarily withdrawing the patent infringement claims, in not later than **one (1) week.** |
| | Defendants' Motion to Compel Plaintiff to Serve Injunction on Chaparral Concrete Equipment and India Intermesh Limited [ECF Doc. No. 185], filed January 22, 2015, is raised for argument. |
| 3:16 p.m. | Argument by Defendants (Mr. Root). |
| **ORDERED:** | Defendants' Motion to Compel Plaintiff to Serve Injunction on Chaparral Concrete Equipment and India Intermesh Limited [ECF Doc. No. 185], filed January 22, 2015, is **DENIED.** |
| | Plaintiff's Refiled Motion for an Order of Civil Contempt Against Peak Innovations, Inc., Mark Nelson, and Drew Nelson [ECF Doc. No. 181], filed January 15, 2015, is raised for argument. |
| 3:25 p.m. | Argument by Plaintiff (Mr. Culhane). |
| 3:47 p.m. | Argument by Defendants (Mr. Root). |
| 4:04 p.m. | **Mark Nelson** sworn. |
| | Court's examination of witness. |
| 4:07 p.m. | Plaintiff's examination of witness (Mr. Culhane). |
| 4:10 p.m. | Argument by Defendants (Mr. Root). |
| **ORDERED:** | Plaintiff's Refiled Motion for an Order of Civil Contempt Against Peak Innovations, Inc., Mark Nelson, and Drew Nelson [ECF Doc. No. 181], filed January 15, 2015, is **DENIED.** |
| **ORDERED:** | Defendants shall communicate to all of their dealers, agents, and representatives that they must be in full compliance with the Court's prior injunction not later than **Monday, March 16, 2015.** |
| **ORDERED:** | Defendants' Motion for Leave to Subpoena and to Disqualify Daniel J. Culhane [ECF Doc. No 182], filed January 20, 2015, is **DENIED.** |
| **4:28 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   1:54**