**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01511-WYD-NYW

PORT-A-POUR, INC., a Colorado corporation,

      Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation, and
MARK E. NELSON, an individual,

      Defendants and Counter Claim Plaintiffs,

v.

PORT-A-POUR, INC. a Colorado corporation;
JEROME J. DOHERTY; and
NEIL G. OBERG, individuals,

      Counter Claim Defendants.

---

**ORDER SETTING PATENT CLAIM SCHEDULING CONFERENCE**

---

Pursuant to the prior Order of this court dated March 9, 2015 [#207], IT IS ORDERED that a Scheduling Conference is set for **April 6, 2015 at 1:30 p.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

A copy of the instructions for the preparation of a scheduling order in a patent case and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order in conformity with the District of Colorado's Local Patent Rules, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: March 17, 20            BY THE COURT:    s/Nina Y. Wang_____
                                                                   United States Magistrate Judge