## CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT

The undersigned, MARK E. NELSON, individually and acting as authorized representative of PEAK INNOVATIONS, INC., a Colorado Corporation ("Recipient"), hereby agrees that Recipient and its agents, employees, officers, members, directors, shareholders, owners, and representatives, will maintain the confidentiality of all information with which Recipient is provided for the purpose of informational discussion with PORT-A-POUR, INC., a Colorado Corporation ("Port-A-Pour").

It is anticipated that the information will include details which are proprietary to, and trade secrets of, Port-A-Pour pertaining to Port-A-Pour's business, patent, and intellectual property, business plans, and financial matters.

It is expressly understood and agreed by Recipient that such information is owned by and proprietary to Port-A-Pour, that such information is maintained as confidential, and shall be deemed the trade secrets of Port-A-Pour, which shall not be disclosed to any third party under any circumstance, or used to create any competing business entity, products, or consulting services, except with the written consent of Port-A-Pour. "Agreement Products" and/or "Protected Information" shall mean all information which is proprietary to, and trade secrets of Port-A-Pour relating to a portable concrete batch plant and plant support equipment, specifically including any and all patents issued or pending to Port-A-Pour and all other trade secrets disclosed by Port-A-Pour to Recipient relating to the portable concrete batch plant and plant support equipment.

In addition, any documents or other information provided to Recipient will not be copied, or distributed to any third party. Upon completion of Recipient's review, of recipient decides not to participate with Port-A-Pour, or upon termination of any other agreements with Port-A-Pour, such documents or other information will be promptly returned to Port-A-Pour. Recipient further agrees to maintain the confidentiality of discussions, meetings and other exchanges of information of any sort between Port-A-Pour (including Port-A-Pour's legal counsel or other representatives) and Recipient.

All representatives of Recipient who are provided access to Port-A-Pour information must execute this confidentiality agreement, and must be approved by Port-A-Pour or its legal counsel prior to being provided with such information. Recipient agrees that it will maintain the confidentiality of all Port-A-Pour information as if it were Recipient's own trade secrets and confidential information. The information disclosed by Port-A-Pour to Recipient is collectively referred to below as the "Protected Information".

Information that is (a) previously known to Recipient prior to any dealings with Port-A-Pour (b) generally known within the industry or (c) independently developed by Recipient without the use of Protected Information, is not subject to this Confidentiality and Non-Disclosure Agreement.

_____   _____   _____
Mark E. Nelson, President       Printed Name: Mark Nelson      Date: 7/18/07
Peak Innovations, Inc.

_____   _____   _____
Employee / Employee Candidate   Printed Name: Rich Nibbe       Date: 7/18/07