**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   December 11, 2015 |
| E.C.R./Reporter:   Darlene Martinez | |

Civil Action No:  **13-cv-01511-WYD-NYW**          Counsel:

**PORT-A-POUR, INC., a Colorado**                    Daniel J. Culhane
**corporation**,

          Plaintiff,

v.

**PEAK INNOVATIONS, INC., a Colorado**               Alan F. Blakley
**corporation, and**                                 John D. Root
**MARK E. NELSON, an individual**,

          Defendants.

**COURTROOM MINUTES**

**MOTION HEARING (continued from November 19, 2015)**

**10:02 a.m.**   Court in Session

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Plaintiff's Motion to Amend Complaint to Withdraw Patent Infringement Claims [ECF Doc. No. 215], filed April 17, 2015, and Plaintiff's Motion to Accept Revised Second Amended Complaint [ECF Doc. No. 234], filed December 9, 2015, are raised for argument.

10:06 a.m.     Argument by Defendants (Mr. Blakley).

10:13 a.m.     Argument by Plaintiff (Mr. Culhane).

| | |
|---|---|
| 10:17 a.m. | Argument by Defendants (Mr. Blakley). |
| 10:23 a.m. | Argument by Plaintiff (Mr. Culhane). |
| 10:31 a.m. | Argument by Defendants (Mr. Blakley). |
| **ORDERED:** | Plaintiff's Motion to Amend Complaint to Withdraw Patent Infringement Claims [ECF Doc. No. 215], filed April 17, 2015, is **DEFERRED.** |
| **ORDERED:** | Plaintiff's Motion to Accept Revised Second Amended Complaint [ECF Doc. No. 234], filed December 9, 2015, is **DEFERRED.** |
| **ORDERED:** | Plaintiff shall file Motion to Amend Second Amended Complaint and revised Second Amended Complaint not later than **Friday, December 18, 2015.** |
| **ORDERED:** | Defendants shall file answer or otherwise plead to revised Second Amended Complaint not later than **Tuesday, January 12, 2016.** |
| | Plaintiff's Motion to Modify Preliminary Injunction Order [ECF Doc. No. 237], filed December 9, 2015, is raised for argument. |
| 10:37 a.m. | Argument by Defendants (Mr. Blakley). |
| 10:38 a.m. | Argument by Plaintiff (Mr. Culhane). |
| **ORDERED:** | Plaintiff's Motion to Modify Preliminary Injunction Order [ECF Doc. No. 237], filed December 9, 2015, is **GRANTED.** |
| **ORDERED:** | Paragraph 54(b) shall be deleted from the Court's Findings of Fact and Conclusions of Law [ECF Doc. No. 122], filed June 17, 2014. |
| 10:40 a.m. | Discussion regarding allowing additional limited discovery. |
| **ORDERED:** | Additional limited discovery, consisting of 5 interrogatories and 5 requests for production, shall be propounded by Defendants on or before **Tuesday, January 19, 2016.** |
| **ORDERED:** | Plaintiff shall respond to Defendants' additional limited written discovery on or before **Tuesday, February 2, 2016.** |
| **ORDERED:** | Defendants shall supplement prior discovery responses on or before **Tuesday, February 2, 2016.** |
| **ORDERED:** | Parties shall meet and confer to draft a proposed protective order. |

| | |
|---|---|
| 10:53 a.m. | Discussion regarding the taking of further depositions of Jerome Doherty and Neil Oberg. |
| **ORDERED:** | Depositions of Jerome Doherty and Neil Oberg shall be completed not later than **Tuesday, February 23, 2016** and both depositions shall occur on the same day. |
| **ORDERED:** | A five-day jury trial is set to commence on **Monday, April 18, 2016, at 9:00 a.m., in Courtroom A-1002.** |
| **ORDERED:** | Trial preparation conference and motion hearing is set for **Wednesday, April 6, 2016, at 4:00 p.m., in Courtroom A-1002.** |
| 11:11 a.m. | Discussion regarding dispositive motions deadline and motion for attorneys fees. |
| **ORDERED:** | Defendants shall file a Motion for Attorneys Fees not later than **Monday, February 29, 2016.** |
| **ORDERED:** | Plaintiff's response to Defendants' Motion for Attorney Fees shall be filed not later than **Monday, March 14, 2016.** |
| **ORDERED:** | Dispositive motions deadline is set for **Friday, March 4, 2016.** Briefing deadlines will be established by the Court. |
| **ORDERED:** | Defendants' Objection to Recommendation of United States Magistrate Judge [ECF Doc. No. 228], filed August 11, 2015, is **DEFERRED.** |
| 11:25 a.m. | Court in Recess - HEARING CONTINUED. |

**TOTAL TIME:   1:23**