IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01511-WYD-BNB

PORT-A-POUR, INC., a Colorado corporation,

    Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation, and
MARK E. NELSON, an individual

    Defendants and Counter Claim Plaintiffs

v.

PORT-A-POUR, INC. a Colorado corporation;
JEROME J. DOHERTY; and
NEIL G. OBERG, individuals,

    Counter Claim Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff Port-a-Pour, Inc.'s Unopposed Motion for Leave to Amend Under Rule 15(a)(2) filed December 14, 2015.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Unopposed Motion for Leave to Amend Under Rule 15(a)(2) (ECF No. 238) is **GRANTED.**  The Revised Second Amended Complaint and Jury Demand (ECF No. 239) is accepted for filing.  In light of this ruling, it is

ORDERED that Plaintiff's previously filed Motion to Amend Complaint to Withdraw Patent Infringement Claims (ECF No. 215) and Motion to Accept Revised Second Amended Complaint (ECF No. 234) are **DENIED AS MOOT**.  It is

FURTHER ORDERED that the Recommendation of United States Magistrate Judge regarding Plaintiff's previously filed Motion to Amend Complaint to Withdraw Patent Infringement Claims (ECF No. 226) is **REJECTED AS MOOT**.  Finally, it is

ORDERED that Defendants' "Objection to Recommendation of United States Magistrate Judge (ECF # 226) Dated July 28, 2015" is **DENIED AS MOOT**.

Dated:  December 17, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge