**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   February 22, 2016 |
| E.C.R./Reporter:   Mary George | |

Civil Action No:  **13-cv-01511-WYD-NYW**          Counsel:

**PORT-A-POUR, INC., a Colorado**                      Daniel J. Culhane
**corporation**,

       Plaintiff,

v.

**PEAK INNOVATIONS, INC., a Colorado**            Alan F. Blakley
**corporation, and**                                                  John D. Root
**MARK E. NELSON, an individual**,

       Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**8:40 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendants' Emergency Motion to Modify Scheduling Order and Request for Forthwith Ruling [ECF Doc. No. 250], filed February 11, 2016, is raised for argument.

8:49 a.m.   Argument by Plaintiff (Mr. Culhane).

8:55 a.m.   Argument by Defendants (Mr. Blakley).

| | |
|---|---|
| 9:00 a.m. | Argument by Plaintiff (Mr. Culhane). |
| | Court makes findings. |
| **ORDERED:** | Defendants' Emergency Motion to Modify Scheduling Order and Request for Forthwith Ruling [ECF Doc. No. 250], filed February 11, 2016, is **GRANTED.** |
| **ORDERED:** | 5-day jury trial set to commence on Monday, April 18, 2016 is **VACATED** and **RESET** to **Monday, August 8, 2016, at 8:30 a.m., in Courtroom A-1002.** |
| **ORDERED:** | Trial preparation conference set for Wednesday, April 6, 2016, at 4:00 p.m. is **VACATED.** |
| **ORDERED:** | Trial preparation conference and motion hearing is **SET** for **Thursday, June 30, 2016, at 10:00 a.m., in Courtroom A-1002.** |
| **ORDERED:** | A motion hearing is set for **Wednesday, April 6, 2016, at 3:30 p.m., in Courtroom A-1002.** |
| 9:20 a.m. | Discussion regarding extending dispositive motions deadline. |
| **ORDERED:** | Dispositive motion deadline is reset to **Monday, April 11, 2016.** |
| **ORDERED:** | Defendants' responses to previously filed motions in limine shall be filed not later than **Friday, April 15, 2016.** |
| | Court's remarks to counsel about meeting and conferring to reach maximum agreement on substantive jury instructions, submission of a joint statement of the case jury instruction, and the filing of witness and exhibit lists. |
| **9:37 a.m.** | Court in Recess - HEARING CONTINUED. |

**TOTAL TIME:   :57**