IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01511-WYD-BNB

PORT-A-POUR, INC., a Colorado corporation,

      Plaintiff,

v.

PEAK INNOVATIONS, INC., a Colorado corporation, and
MARK E. NELSON, an individual,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Plaintiff's Emergency Motion for Leave to Vacate and Continue Final Pretrial Conference and Reschedule Expert Disclosure and Discovery Set in Doc. #281 filed April 29, 2016 (ECF No. 288) is **GRANTED IN PART AND DENIED IN PART** as to the request to continue the Final Pretrial Conference, which in actuality is the Final Trial Preparation Conference.  The Final Trial Preparation Conference set Thursday, June 30, 2016, is **VACATED** and **RESET** to **Thursday, July 7, 2016**, **at 10:00 a.m.**, and the emergency motion is granted to this extent.  The motions in limine will be addressed at this conference.  The emergency motion is denied to the extent that Plaintiff requested the conference be continued to the weeks of July 11 or July 18, 2016.  These dates are not available on the Court's calender, nor are any other later dates in July.

      The portion of the motion that seeks to reschedule expert disclosure and discovery is referred to Magistrate Judge Wang.

      Dated:  May 3, 2016